# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| STEPHANIE BALL,<br><br>    Plaintiff<br><br>        -v-<br><br>KINGSTON DATA AND CREDIT INTERNATIONAL, INC., A CANADIAN CORPORATION<br><br>    Defendant. | Case No. 23-cv-00939(LCB) |

## DEFENDANT KINGSTON DATA AND CREDIT INTERNATIONAL, INC. A CANADIAN CORPORATION'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Defendant Kingston Data and Credit International, Inc., a Canadian Corporation ("KDCII") moves the Court to dismiss Plaintiff's Complaint (Doc. 1) for lack of Article III standing and failure to state a claim against KDCII upon which relief can be grounded.  The grounds for this motion are set out more fully in the supporting Memorandum of Law filed herewith.

**WHEREFORE**, Defendant Kingston Data and Credit International, Inc., a Canadian Corporation, respectfully requests that the Court dismiss Plaintiff's Complaint.

                                    Respectfully submitted,

                                    */s/ Kevin E. Clark*
                                    Kevin E. Clark
                                    Counsel for Defendant Kingston Data
                                    and Credit International, Inc., a
                                    Canadian Corporation

**OF COUNSEL:**
Kevin E. Clark (ASB-3281-c57k)
kclark@lightfootlaw.com
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 20th Street North
Birmingham, AL  35203-3200
(205) 581-0700 (telephone)
(205) 581-0799 (facsimile)

**CERTIFICATE OF SERVICE**

I certify that on October 16th, 2023, I filed a copy of the foregoing electronically using the CM/ECF, which will send notification to counsel of record registered for CM/ECF system, including:

David J. Philipps, Esq.
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Ste. One
Palos Hills, Illinois 60465
davephilipps@aol.com

Ronald C. Sykstus, Esq.
Bond, Botes, Sykstus & Tanner, P.C.
225 Pratt Avenue
Huntsville, Alabama 35801
Rsykstus@bondnbotes.com

                                                */s/ Kevin E. Clark*
                                                Of Counsel